JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RAJIV KRISHNARAO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA PHYSICIANS' SERVICE D/B/A BLUE SHIELD OF CALIFORNIA; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No: 2:24-cv-07666 CBM (ASx)<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE [53]**<br><br>Judge: Hon. Consuelo B. Marshall |

**ORDER**

On July 28, 2026, Plaintiff Rajiv Krishnarao ("Plaintiff") and Defendant California Physicians' Service d/b/a Blue Shield of California ("Defendant"; together with Plaintiff, the "Parties" and each a "Party") stipulated that the Parties have reached a full and complete settlement agreement resolving all claims asserted in the First Amended Complaint; the settlement agreement reflects the voluntary resolution of all disputes between the parties; and the Parties desire to dismiss this entire action with prejudice, with each party to bear its own costs and attorneys' fees as provided in their settlement agreement (the "Stipulation"). The Court, having considered the Parties' Stipulation and finding good cause, hereby **GRANTS** the Stipulation and **ORDERS** as follows:

1. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the Court's Order dated July 6, 2026, this entire action, including all claims asserted therein, is hereby **DISMISSED WITH PREJUDICE**.

2. Each Party shall bear its own costs and attorneys' fees as provided in the Parties' settlement agreement.

3. This dismissal constitutes a full and final resolution of all claims and disputes between the Parties related to the matters alleged in this action.

4. The Court shall retain no further jurisdiction over this matter except as may be necessary to enforce the terms of the parties' settlement agreement, if applicable.

**IT IS SO ORDERED.**

Dated: July 29, 2026

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE